# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

## MEMORANDUM

TO: David Copperthite
Assistant U.S. Attorney

James Sweets
Reg. No. 42028-037
FCI Sheridan
Federal Correctional Institution
P.O. Box 5000
Sheridan, OR 97378

DATE: November 30, 2015

FROM: Judge Catherine C. Blake

SUBJECT: USA v. James Sweets, CCB-04-0564

---

I agree that James Sweets is not entitled to a sentence reduction under Amendment 782 because he was sentenced based on the career offender guidelines.

A separate Order follows.