## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA       \*

    v.                      \*          Case 04-CR-564 JRR

JAMES SWEETS            \*

   Defendant            \*

                       \*\*\*

## MEMORANDUM OPINION AND ORDER

The court has before it Defendant James Sweets' Motion for Early Termination of Supervised Release.  (ECF No. 261; the "Motion.")  The court has considered the parties' submissions.  No hearing is necessary.

On September 28, 2005, Mr. Sweets was found guilty by a jury of one count of Conspiracy to Distribute and Possess with Intent to Distribute Heroin, Cocaine, and Cocaine Base, and one count of Conspiracy to Possess Firearms in Furtherance of a Drug Trafficking Crime.  On December 22, 2005, the Honorable Catherine C. Blake sentenced Mr. Sweets to 360 months of incarceration to be followed by 10 years of supervised release.  On June 15, 2020, Mr. Sweets was released from the Bureau of Prisons following a successful motion for reduction of sentence under the First Step Act, and his term of supervision commenced.

Mr. Sweets, through counsel, filed the instant Motion on March 13, 2026, which the Government opposes (ECF No. 264).  The court has considered all factors set forth at 18 U.S.C. 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7), as set forth in 18 U.S.C. §3583(e).

Mr. Sweets' offenses were very serious, occurred over a considerably long period, and raised material public safety threats.  This court does not purport to know the mind of the

sentencing judge and well appreciates that the trial judge exercised her judicial discretion and evaluation of the applicable sentencing factors, Mr. Sweets' demeanor, and legal argument of counsel and evidence submitted.

During his incarceration, Mr. Sweets amassed an impressive array of apprenticeships and vocational certificates, completed several drug treatment programs, and preserved all available "good time" credits. In other words, Mr. Sweets made good use of his time behind bars. Following more than 14 years in federal incarceration with a laudable inmate record, over the last five years and 10 months, Mr. Sweets has complied with his conditions of release—save minor, occasional infractions that are not concerning to the court insofar as public safety or Mr. Sweets' engagement with and integration into the civilized world. Of note, in an October 2025 request for travel, Probation Officer Jessica Rivera advised the court:

> Since commencement of supervision on June 15, 2020, Mr. Sweets has maintained an overall satisfactory adjustment to community supervision. He is employed as a driver at Wil-Sites Truck Lines LLC. His $200 special assessment has been satisfied and all special conditions completed. On June 24, 2021, Mr. Sweets incurred traffic violations in Cecil County. On September 24, 2021, Mr. Sweets received a Probation Before Judgment verdict. On February 21, 2024, Mr. Sweets submitted a urine specimen which yielded positive results for THC. However, he has since drug tested negative. On May 2, 2024, Mr. Sweets incurred a speeding citation and promptly notified supervision staff of the police contact. On July 26, 2024, he appeared in District Court for Baltimore County and received a Probation Before Judgment verdict. Barring the minor infractions, he has incurred no criminal re-arrests. Additionally, Mr. Sweets was previously granted international travel authorization and traveled to Jamaica on November 4, 2021, and Mexico on December 13, 2023, without incident.

(ECF No. 260.)

Further, the court observes that Mr. Sweets has sustained no "court-reported violations" of his supervised release conditions, and (per Rivera), has "maintained an overall satisfactory

adjustment to community supervision." During his term of supervised release thus far, Mr. Sweets has maintained continued employment, as well as a stable residence with a strong family support system, including his partner, children, and grandchildren.

The court is satisfied that Mr. Sweets demonstrates the capacity to manage and conduct himself in accordance with the law and that he exhibits the hallmarks of a pro-social, productive citizen. The court finds that terminating his supervised release is warranted by his sustained demonstration that he has changed, and finds his requested relief warranted by his conduct and of service to the interests of justice. Mr. Sweets has earned himself the right to live free from supervision. *United States v. Pregent*, 190 F.3d 279 (4th Cir. 1999).

The Motion is, therefore, **GRANTED, and Mr. Sweets' term of supervised release SHALL BE TERMINATED SATISFACTORILY pursuant to 18 U.S.C. § 3583(e)(1)**. Madam Clerk shall close this case.

_____/S/_____
Julie R. Rubin
United States District Judge

April 20, 2026